UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CRAMBLIT,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,

    Defendants.

Case No. 16-cv-07018-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events occurring at Valley State Prion, which lies in in the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: January 11, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRAMBLIT,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>       Defendants. | Case No.  16-cv-07018-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Cramblit ID: F-08646
Valley State Prison A1-15-4U
P.O. Box 92
Chowchilla, CA 93610

Dated: January 11, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____*Karen L. Hom*_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO